UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 NOV -6  A 11: 42

United States of America : Criminal Number
: 3:06cr317(SRU) DISTRICT COURT
v : BRIDGEPORT, CONN
:
Mark Lutz : November 5, 2007

### ORDER

The bond (Document #17) entered on January 10, 2007, is hereby **VACATED**. A new bond, (Document #133) has been set.

It is so ordered.

Dated at Bridgeport, Connecticut this 5th day of November 2006.

/s/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge