UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | : | Criminal Number |
| | : | 3:06cr317(SRU) |
| v | : | |
| | : | November 5, 2007 |
| Mark Lutz | : | |

## ORDER

The bond (Document #17) entered on January 10, 2007, is hereby **VACATED**. A new bond, (Document #133) has been set.

It is so ordered.

Dated at Bridgeport, Connecticut this 5th day of November 2006.

/s/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge